### WOODDY v. MILLEDGEVILLE TELEPHONE COMPANY.

BECK, J. Under the evidence in the case there was no abuse of discretion on the part of the court below in granting the interlocutory injunction. *Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
MAY 13, 1915.

Injunction. Before Judge Park. Baldwin superior court. August 21, 1914.

*D. S. Sanford* and *Hines & Vinson,* for plaintiff in error.
*Allen & Pottle,* contra.